UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| David Pierce,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Five Star Pizza Co., Inc., et al.<br><br>Defendants. | Case No. 1:22-cv-535<br><br>Judge Hala Y. Jarbou |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff David Pierce hereby voluntarily dismisses the above-captioned case, with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

/s/ *Emily Hubbard*
Andrew R. Biller
Andrew P. Kimble
Emily A. Hubbard
Biller & Kimble, LLC
8044 Montgomery Rd., Ste. 515
Cincinnati, OH 45236
Telephone: (513) 715-8711
Facsimile: (614) 340-4620
*akimble@billerkimble.com*
*abiller@billerkimble.com*
*ehubbard@billerkimble.com*

1

www.billerkimble.com

and

Bradley K. Glazier (P35523)
Robert M. Howard (P80740)
BOS & GLAZIER, P.L.C.
990 Monroe Avenue, N.W.
Grand Rapids, MI 49503
Telephone: (616) 458-6814
Email: *bglazier@bosglazier.com*

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon counsel for Defendants on July 19, 2022 through the Court's ECF system.

*/s/ Emily Hubbard*
Emily A. Hubbard